IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PORTLAND GENERAL ELECTRIC COMPANY,<br><br>　　　　Defendant. | Case No. 3:21-cv-00513-SB<br><br>**ORDER OF DISMISSAL** |

**BECKERMAN, U.S. Magistrate Judge.**

In accord with the Stipulated Notice of Dismissal (ECF No. 13) filed by the parties on September 10, 2021, the Court ORDERS that this action is DISMISSED with prejudice, and without award of prevailing costs or attorney fees to either side.

DATED this 10th day of September, 2021.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – ORDER OF DISMISSAL